# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
    920 LOCKE STREET, )
    SALISBURY, NC 28144 )
)

Case No. 1:24MJ 13

FILED
FEB 1 2 2024
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N. C.
By ___

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Middle    District of    North Carolina   
*(identify the person or describe the property to be searched and give its location)*:

   See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

   See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    January 11, 2024    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    L. Patrick Auld   .
                                                                                 *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of ___.

Date and time issued:    01/10/24; 10:56 pm    ___
                                                                                  *Judge's signature*

City and state:    Greensboro, North Carolina       L. Patrick Auld, United States Magistrate Judge   
                                                                                                   *Printed name and title*

# Return

| Case No.: 1:24MJ 13 | Date and time warrant executed: 01/11/2024 0600 | Copy of warrant and inventory left with: ON COUNTER |
|---|---|---|

Inventory made in the presence of: SA STUART KELLEY.

Inventory of the property taken and name(s) of any person(s) seized:

SEE ATTACHED FD-597 PROPERTY RECEIPT.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/29/2024

_Executing officer's signature_

SA CHAD PUPILLO  FBI
_Printed name and title_

## ATTACHMENT A

## Property to Be Searched

## ("Subject Premises")

This warrant applies to the residence and buildings located at 920 Locke Street, Salisbury, North Carolina 28144. The residence is a two-family (duplex) residence located on a two-lane road. The duplex is numbered 922 for the left unit and 920 for the right unit which has an outer storm door with glass over a white bottom, and an inner door. The residence has white siding. This warrant applies to 920 (right unit). This warrant applies to any vehicle located on the premises associated directly to 920 (right unit).



## ATTACHMENT B

## Particular Property to be Seized

All property, items, records, and information relating violations of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 846, 21 U.S.C. § 843(b), 18 U.S.C. § 1956, located at the **Subject Premises** described in Attachment A, that constitute evidence of these crimes, contraband, fruits of these crimes, or other items illegally possessed, or instrumentalities of these crimes, committed by or involving Kenneth Thomas CARROLL II, in the form of:

a. Drugs, drug paraphernalia, drug packaging materials, used in furtherance of the drug conspiracy;

b. Bulk cash derived from the trafficking of drugs in furtherance of the drug conspiracy;

c. Firearms, ammunition, and firearm accessories that constitute evidence of, or instrumentalities of, the Subject Offenses as follows:

d. Documentation of ownership, purchase, or procurement of real property purchased with illicit funds derived from drug transactions;

e. Documents and any other indicia of ownership or control over the **Subject Premises**;

f. Documents and any other indicia of ownership or control over cellular phones and electronic devices found at the **Subject Premises**;

g. Physical documents, papers, or receipts for purchases of goods, relating to money laundering of drug funds to include financial records and accounts;

h. The seizure of the cell phones belonging to CARROLL and located at the **Subject Premises**, that could be used to save or store digital videos, photographs, electronic documents, or social media content consistent with drug trafficking activities;

i. The seizure of cellular telephones or cellular smartphone devices with the capability of placing and receiving voice calls and text messages for the purposes of transacting drugs, and the search of those devices (hereinafter "CELL PHONE") for the following evidence:

   i. Evidence of communications in the form of calls and text messages (SMS, MMS), encrypted applications with stored messaging, and social media direct messages consistent with drug trafficking activities.

   ii. Evidence of who used, owned, or controlled the CELL PHONE at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

iii. Evidence of the attachment of the CELL PHONE to computers or other electronic storage devices for electronic data or information;

iv. Documentation and manuals that may be necessary to access the CELL PHONE or to conduct a forensic examination of the CELL PHONE;

v. Records of or information about Internet Protocol addresses used by the CELL PHONE, and records of or information about the CELL PHONE's connections to any Wi-Fi sources located at the **Subject Premises.**

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245C-CE-3679412

On (date): 1/11/24

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): 
(Street Address): 920 Locke Street
(City): Salisbury, NC 28144

Description of Item(s):

Drug paraphernalia
Ammo
Mail letter
Alcatel sliver cellphone
2 digital scales
2 Narcans
Black cloud mobile phone
Drug paraphernalia

Received By: (Signature)
Printed Name/Title: Shant Kelley

Received From: (Signature)
Printed Name/Title: